## GREENBERG v. CITY OF KINGSTON.

(Supreme Court, General Term, Third Department.  February 15, 1893.)

DEFECTIVE STREETS—ACCEPTANCE OF DEDICATION.

> A city, by working a street dedicated by the owner to the public use, accepts it, and is liable for injuries caused to travelers by defects therein.

Appeal from Ulster county court.

Action by Caroline Greenberg against the city of Kingston for personal injuries sustained by plaintiff by being precipitated with a horse and wagon into an excavation on Second avenue, a street in the city of Kingston, N. Y., on the 4th day of October, 1890, in the nighttime. There was a verdict in plaintiff's favor of $100, and, from the judgment rendered thereon, defendant appeals. Affirmed.

Edgar B. Newkirk formerly owned lands at North Rondout, now in city of Kingston. Four avenues or streets were laid out through said lands, (one of which is Second avenue, the street in question,) and a map made of the same. He (Newkirk) sold lots along said street, (Second avenue,) and gave deeds for same, which deeds referred to said map, and which lots were numbered and bounded in said deeds on Second avenue. The defendant, by a resolution of its common council, introduced by an alderman in the ward in which Second avenue is located, ordered and caused street lamps to be placed on said avenue. Defendant also made repairs on said street.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

G. D. B. Hasbrouck, for appellant.
Charles Irwin, for respondent.

HERRICK, J. I can see no reason for an opinion. The question of contributory negligence was for the jury. The city, by working the street in question, had accepted it, and had no business to have such an excavation in it so near the traveled way. Judgment should be affirmed, with costs and disbursements. All concur.